UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:25-cr-38-VMC-AEP | **DATE:** | February 20, 2025 |
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | |
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHIMON Y. SOFFER | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Carlton Gammons AUSA | |
| | | **DEFENSE COUNSEL**<br>Douglas Stamm AFPD | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 10:51 to 10:56 | **TOTAL:** 5 MIN | **PRETRIAL:** | Fabiana Nicastri |

## ARRAIGNMENT

Arrest date: Appears ON NOTICE (BOND: was set in the District of NJ)

PD's office had been appointed at the initial hearing in New Jersey.

INDICTMENT FILED AND COPIED TO DEFENDANT
DEFENDANT WAIVED READING OF INDICTMENT
NOT GUILTY PLEA ENTERED AS TO ALL COUNTS

Trial set for April 2025 trial term beginning April 7, 2025, before VMC.
Status conference:   March 13, 2025, at 9:30 am before VMC

Oral motion for discovery.   Oral motion for reciprocal discovery.
Government to provide Rule 16(a); Defendant to provide Rule 16(b).

Defense counsel is seeking to remove the defendant's home incarceration. The government opposes removing HC. If counsel seeks to modify the bond, the court directs a motion to be filed. The District Judge would hear the motion.

Referred to Magistrate Judge Porcelli for pretrial discovery order.
Pretrial discovery order to be electronically filed.

BOND IS CONTINUED.   The defendant is directed to go to the USMS for processing.

Due process order.