UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                               CASE NO. 8:25-cr-00038-VMC-AEP

SHIMON Y. SOFFER

### *JOINT* STATUS REPORT

The United States of America, by Sara C. Sweeney, Acting United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following *joint* status report. In response to the inquiries in the Court's order of March 5, 2025 (Doc. 19), the United States states as follows:

1.      Case Status:

On February 5, 2025, a federal grand jury sitting in the Middle District of Florida returned an indictment charging defendant Shimon Y. Soffer and others with engaging in a multimillion dollar mail fraud conspiracy. Doc. 1. In relation to that charge, Soffer was arrested on February 11, 2025, and made his initial appearance in the District of New Jersey on that same day. On February 20, 2025, Soffer made his initial appearance in the Middle District of Florida, and this Court issued its pretrial discovery order and notice of trial and status conference. Docs. 15, 17. This case is presently set on the Court's April trial calendar. Docs. 17.

2.      Possibility of a plea agreement:

Discovery was recently provided to Soffer. The prospect of a plea agreement is unknown at his time.

3. Pending motions:

Defense counsel intends to file an *unopposed* motion to continue trial to the October trial calendar, and an accompanying waiver of speedy trial. The parties do not anticipate any speedy trial problems or other issues at this time.

4. Number of days required for trial:

If this case is not resolved by agreement, the parties would be ready for trial in October 2025. Further, the parties anticipate that the trial would take no longer than five days.

        Respectfully submitted,

        SARA C. SWEENEY
        Acting United States Attorney

By:   *Carlton C. Gammons*
      Carlton C. Gammons
      Assistant United States Attorney
      Federal Bar No. 85903
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone:  (813) 274-6000
      Facsimile:   (813) 274-6358
      E-mail: Carlton.Gammons@usdoj.gov

U.S. v. Soffer                                              Case No. 8:25-cr-00038-VMC-AEP

# CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

> /s/ Carlton C. Gammons
> Carlton C. Gammons
> Assistant United States Attorney
> Federal Bar No. 85903
> 400 N. Tampa Street, Suite 3200
> Tampa, Florida 33602-4798
> Telephone:  (813) 274-6000
> Facsimile:   (813) 274-6358
> E-mail: Carlton.Gammons@usdoj.gov