UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.                                             Case No.: 8:25-CR-38-VMC-AEP

**SHIMON Y. SOFFER**
_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, SHIMON Y. SOFFER, through counsel Mary Claire Wolf, files this motion to continue the trial to the October 2025 Trial Term. In support of this motion, counsel states:

1. Mr. Soffer is charged in a One Count Indictment with Mail Fraud Conspiracy in violation of 18 U.S.C. 1341. Doc. 1.

2. Mr. Soffer's case is set for trial on the April 2025 trial term, which commences on April 7, 2025. Doc. 17.

3. On February 20, 2025, Mr. Soffer was arraigned and released under the supervision of pretrial services Docs. 6, 15.

4. The Government provided their first and second discovery productions to undersigned counsel on March 5, 2025. Included within the discovery are applications, bank records, cash app records, and other records produced in response to grand jury subpoenas.

1

5. More time is needed for the defense to review the discovery with Mr. Soffer prior to him deciding on whether he wishes to enter a guilty plea or to proceed to trial.

6. A continuance to the October 2025 trial term is requested to provide sufficient time for defense counsel to review the discovery with Mr. Soffer and to develop any potential pretrial motions and/or trial defenses or to resolve his case by way of a guilty plea.

7. Mr. Soffer has executed a waiver of his right to a speedy trial through September 30, 2025, which has been filed separately with this Court. Doc. 21.

8. For the above-stated reasons, Mr. Soffer respectfully requests that his case be continued from the April 2025 Trial Term and placed on the October 2025 Trial Term.

9. Undersigned counsel has communicated with Assistant United States Attorney Carlton Gammons, who represents the Government in this case, and he has advised the Government has no objection to the relief requested.

## MEMORANDUM OF LAW

Local Rule 3.08 provides that a continuance may be allowed by order of the Court for good cause shown. Good cause has been shown for the granting of the requested continuance. Additionally, 18 U.S.C. §3161(h)(8) provides that any period of delay resulting from a continuance at the request of the defendant shall be

excluded from the speedy trial calculations if the Judge finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. The ends of justice would warrant a continuance.

WHEREFORE, good cause having been shown, the Defendant, SHIMON Y. SOFFER, respectfully moves for a continuance of the trial for the above-stated reasons and requests the case be re-set on the October 2025 Trial Term.

DATED this 11th day of March 2025.

        Respectfully submitted,

        A FITZGERALD HALL, ESQ.
        FEDERAL DEFENDER

        */s/ Mary Claire Wolf*
        Mary Claire Wolf, Esq.
        Assistant Federal Defender
        New Jersey Bar No. 034762009
        400 North Tampa Street,
        Suite 2700
        Tampa, FL. 33602
        Telephone: 813-228-2715
        Fax: 813-228-2562
        Email: MaryClaire_Wolf@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Carlton Gammons, AUSA

*/s/ Mary Claire Wolf*
Mary Claire Wolf, Esq.
Assistant Federal Defender