UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.  Case No.: 8:25-CR-38-VMC-AEP

**SHIMON Y. SOFFER.**
_____/

## AMENDED UNOPPOSED MOTION TO CONTINUE TRIAL TERM AND EXTEND PRE-TRIAL MOTIONS FILING DEADLINE

Defendant, SHIMON Y. SOFFER, through counsel Mary Claire Wolf, and pursuant to Local Rule 3.08, moves this Court to continue the December 2025 Trial Term to February Trial Term and to extend the pretrial motion filing deadline in the above listed matter by sixty (60) days. The government is not opposed to this request. As grounds in support thereof, Mr. Soffer., states:

1. Mr. Soffer is charged in a One Count Indictment with Mail Fraud Conspiracy in violation of 18 U.S.C. §1341. Doc. 1.

2. Mr. Soffer's case is set for trial on the December 2025 trial term and has a status conference on November 13, 2025. Doc. 23.

3. On February 20, 2025, Mr. Soffer was arraigned and released under the supervision of pretrial services Docs. 6, 15.

4. The Court entered a *Pretrial Discovery Order and Notice of Trial and*

1

*Status Conference*, setting this matter for April 2025 trial term, a status conference on March 13, 2025, and with a pre-trial motion filing deadline within fifteen (15) days of arraignment and motion to suppress within thirty (30) days of the arraignment. Doc.17.

5. Two continuances have been previously sought and granted by this Court. Docs. 22-23, 26 and 29.

6. A motion to extend pre-trial motion filing deadline was not previously requested, hence defense hereby respectfully request to extend it by sixty (60) days from the date this Court enters its Order. Defense seeks additional time to explore issues in a potential pretrial motion and mitigation believes sixty (60) days is necessary for effective representation of Mr. Soffer.

7. Defense is also still in the process of process of collecting records and reviewing the voluminous discovery which includes applications, bank records, cash app records, and other records produced in response to grand jury subpoenas. As such, undersigned respectfully requests that this Honorable Court continue the case to the February 2026 Trial Term and extend pretrial motion deadline by two cycles to allow sufficient time to gather materials in support of a potential pretrial motion.

8. More time is also needed for the defense to review the discovery with Mr. Soffer prior to him deciding on whether he wishes to enter a guilty plea or to proceed to trial.

8. A continuance to the February 2025 trial term is requested to provide sufficient time for defense counsel to review the discovery with Mr. Soffer and to develop any potential pretrial motions and/or trial defenses or to resolve his case by way of a guilty plea.

9. For the above-stated reasons, Mr. Soffer respectfully requests that his case be continued from the December 2025 Trial Term and placed on the February 2026 Trial Term.

10. Undersigned counsel has communicated with Assistant United States Attorney Carlton Gammons, who represents the Government in this case, and he has advised the Government has no objection to the relief requested.

17. This request is made in good faith, in the interests of justice, and not to unnecessarily delay the proceedings. The undersigned has conferred with Mr. Soffer, and he understands that the request at bar constitutes a waiver of his rights pursuant to the Speedy Trial Act, 18 U.S.C. § 3161. Mr. Soffer, therefore, waives his speedy trial through February 28, 2026.

## MEMORANDUM OF LAW

Local Rule 3.08 provides that a continuance may be allowed by order of the Court for good cause shown. Good cause has been shown for the granting of the requested continuance. Additionally, 18 U.S.C. §3161(h)(8) provides that any period

of delay resulting from a continuance at the request of the defendant shall be excluded from the speedy trial calculations if the Judge finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. The ends of justice would warrant a continuance.

WHEREFORE, good cause having been shown, the Defendant, SHIMON Y. SOFFER, respectfully moves for a continuance of the trial for the above-stated reasons and respectfully requests this Court to extend pretrial motion deadline by sixty days and to re-set this matter to the February 2026 Trial Term.

DATED this 4th day of November 2025.

Respectfully submitted,

CHARLES L. PRITCHARD, JR., ESQ.
FEDERAL DEFENDER

*/s/ Mary Claire Wolf*
Mary Claire Wolf, Esq.
Assistant Federal Defender
New Jersey Bar No. 034762009
400 North Tampa Street,
Suite 2700
Tampa, FL. 33602
Telephone: 813-228-2715
Fax: 813-228-2562
Email: MaryClaire_Wolf@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of November 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Carlton Gammons, AUSA

> ***/s/ Mary Claire Wolf***
> Mary Claire Wolf, Esq.
> Assistant Federal Defender