UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.  Case No.: 8:25-CR-38-VMC-AEP

**SHIMON Y. SOFFER.**
_____/

### DEFENDANT'S UNOPPOSED MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS

The Defendant, Shimon Y. Soffer., through undersigned counsel, files this unopposed motion to modify the conditions of release from home incarceration to home detention and to allow Mr. Soffer to do volunteer work at a senior community.

In support of this motion, counsel states as follows:

1. Mr. Soffer is charged in a One Count Indictment with Mail Fraud Conspiracy in violation of 18 U.S.C. §1341. Doc. 1.

2. Mr. Soffer's case is set for trial on the February 2026 trial term and has a status conference on January 15, 2026. Doc. 23.

3. On February 20, 2025, Mr. Soffer was arraigned and released under the supervision of pretrial services Docs. 6, 15.

4. Mr. Shimon Soffer, asks this Court to modify his current conditions of release, that is from home incarceration to home detention and for permission to do

volunteer work at a senior community.

5. Defense counsel has conferred with AUSA Erin Favorit, and she states that the United States has no objection to the relief requested herein.

6. Pretrial Services Officer Christopher Ziegert has advised that Pre-trial Services has no objections against the request provided that Mr. Soffer adheres to the following Home Detention conditions:

Home Detention, with electronic monitoring, with exceptions for the following: stationary and verifiable employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; or other activities as pre-approved by the Pretrial Services. The defendant shall pay all or part of the cost of the monitoring, based on ability to pay as determined by Pretrial Services.

## MEMORANDUM OF LAW

Pursuant to 18 U.S.C. § 3142(c)(3), "The judicial officer may at any time amend the order to impose additional or different conditions of release."

## Conclusion

For these reasons, Mr. Shimon Y. Soffer, asks the Court to grant this motion to modify the conditions of release from home incarceration to home detention as well as permit Mr. Soffer to do volunteer work at a senior community.

DATED this 8th day of December, 2025.

        Respectfully submitted,

        CHARLES L. PRITCHARD, JR.
        FEDERAL PUBLIC DEFENDER

        */s/ Mary Claire Wolf*
        Mary Claire Wolf, Esq.
        Assistant Federal Defender
        New Jersey Bar No. 034762009
        400 North Tampa Street,
        Suite 2700
        Tampa, FL. 33602
        Telephone: 813-228-2715
        Fax: 813-228-2562
        Email: MaryClaire_Wolf@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of December 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Erin Favorit, AUSA

        */s/ Mary Claire Wolf*
        Mary Claire Wolf, Esq.
        Assistant Federal Defender