UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.                                             Case No.: 8:25-CR-38-VMC-AEP

**SHIMON Y. SOFFER.**

_____/

**MOTION TO CONTINUE
THE PRE-TRIAL MOTIONS FILING DEADLINE**

    Defendant, SHIMON Y. SOFFER, through counsel Mary Claire Wolf, and pursuant to Local Rule 3.08, moves this Court to extend the pretrial motion filing deadline from today, January 5, 2026, to Friday, January 9, 2026. The government has been consulted today via email but has not responded with its position on this request. In support thereof, Mr. Soffer states:

    1.  On February 5, 2025, Mr. Soffer was arrested and appeared before the District Court in New Jersey on a one-count indictment charging Mr. Soffer and five other co-conspirators with one count of mail fraud conspiracy in violation of 18 U.S.C. §1349. The Federal Public Defender was appointed, Mr. Soffer posted bond, and was released under supervised release with Pretrial Services. Docs. 1, 6-8, 12.

    2.  On February 20, 2025, Mr. Soffer was arraigned in Tampa, and Court entered a Pretrial Discovery Order and Notice of Trial and Status Conference, setting this matter for the April 2025 trial term, a status conference on March 13, 2025, and

1

a pre-trial motion filing deadline within fifteen (15) days of arraignment and motion to suppress within thirty (30) days of the arraignment. Docs.15, 17.

3. On March 11, 2025, July 30, 2025, and November 4, 2025, Mr. Soffer filed an unopposed motion to continue trial and extend the pretrial motion deadline. The Court has granted the motions with the current trial term of February 2, 2026 at 9:00 a.m., the pretrial motion deadline of January 5, 2026, and a Status Conference on January 15, 2026. Docs. 22-23, 26, 29, 31-34.

4. On Friday, January 2, 2026, the defense received documents it needed to rely upon to file a pretrial motion but was on administrative leave. The defense hopes to draft the motion this week and submit by Friday, January 9, 2026.

5. Mr. Soffer respectfully requests a brief extension of the pretrial motion filing deadline from today, January 5, 2026 to Friday, January 9, 2026.

6. Undersigned counsel has communicated with Assistant United States Attorney Erin Claire Favorit via email today but has not heard back as to her position.

7. This request is made in good faith, in the interests of justice, and not to unnecessarily delay the proceedings.

## **MEMORANDUM OF LAW**

Local Rule 3.08 provides that a continuance may be allowed by order of the Court for good cause shown. Good cause has been shown for the granting of the

requested extension of the pretrial motion filing deadline. Additionally, 18 U.S.C. §3161(h)(8) provides that any period of delay resulting from a filing extension at the request of the defendant shall be excluded from the speedy trial calculations if the Judge finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.  The ends of justice would warrant a continuance.

WHEREFORE, good cause having been shown, the Defendant, SHIMON Y. SOFFER, respectfully moves to extend the pretrial motion filing deadline from today, January 5, 2026 to Friday, January 9, 2026.

DATED this 5th day of January 2026.

>                             Respectfully submitted,
>
>                             CHARLES L. PRITCHARD, Jr.
>                             FEDERAL PUBLIC DEFENDER
>
>                             */s/ Mary Claire Wolf*
>                             Mary Claire Wolf
>                             Assistant Federal Public Defender
>                             New Jersey Bar No. 034762009
>                             400 North Tampa Street,
>                             Suite 2700
>                             Tampa, FL. 33602
>                             Telephone: 813-228-2715
>                             Fax: 813-228-2562
>                             Email: MaryClaire_Wolf@fd.org

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of January 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Erin Claire Favorit, AUSA

*/s/ Mary Claire Wolf*
Mary Claire Wolf
Assistant Federal Public Defender
