UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.  Case No.: 8:25-CR-38-VMC-AEP

**SHIMON Y. SOFFER.**
_____/

### DEFENDANT'S REQUEST FOR ORAL ARGUMENT AND FOR AN EVIDENTIARY HEARING

COMES NOW, defendant, Shimon Y. Soffer, by and through undersigned counsel, and pursuant to Local Rule 3.01(h), respectfully requests this Court entertain an oral argument and an evidentiary hearing on Mr. Soffer's *defendant's motion to suppress defendant's statement* and, in support thereof, states as follows:

Due to the various factors in involved in a Miranda analysis and the need for the Court to determine the credibility of witnesses, it will be necessary for the Court's decision to hear oral argument and have an evidentiary hearing. As an estimate, the defense believes such a hearing would take one day.

DATED this 12th day of January 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.

1

FEDERAL PUBLIC DEFENDER

*/s/ Mary Claire Wolf*
Mary Claire Wolf, Esq.
New Jersey Bar No. 034762009
Assistant Federal Defender
400 North Tampa Street, Ste 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Fax: (813) 228-2562
MaryClaire_Wolf@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of January 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA, Erin Favorit

*/s/ Mary Claire Wolf*
Mary Claire Wolf, Esq.
Assistant Federal Defender