UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                              Case No.: 8:25-CR-38-VMC-AEP

SHIMON Y. SOFFER.
_____/

**DEFENDANT'S UNOPPOSED REQUEST
FOR EXPERT TO APPEAR
AT EVIDENTIARY HEARING VIA ZOOM**

COMES NOW, defendant, Shimon Y. Soffer, by and through undersigned counsel, and pursuant to Local Rule 3.01(h), respectfully requests this Court to permit Expert, Dr. Barber, to testify remotely via videoconference. The government is not opposed to this request. As grounds in support thereof, undersigned counsel states as follows:

1. On February 5, 2025, Mr. Soffer was arrested and appeared before the District Court in New Jersey on a one-count indictment charging Mr. Soffer and five other co-conspirators with one count of mail fraud conspiracy in violation of 18 U.S.C. §1349. The Federal Public Defender was appointed, Mr. Soffer posted bond and was released under supervised release with Pretrial Services. Docs. 1, 6-8, 12.

2. This matter is set for March 2026 trial term commencing on March 2,

2026, and with a status conference set February 4, 2026. Doc. 47.

3. Defense filed a *Defendant's Motion to Suppress Defendant's statement* and a *Request for oral argument and evidentiary hearing* which are being heard on February 2, 2026, at 9:30 a.m. Doc. 44.

4. Dr. Catherine M. Barber, a Clinical Forensic Psychologist, is an essential witness in this matter whose attendance is required at the hearing. However, Dr. Barber resides in New Jersey where Mr. Soffer resides and was chosen for her proximity to him. For scheduling and budget purposes, it would be best that Dr. Barber appears remotely via videoconference.

5. Defense, therefore, hereby respectfully requests for Dr. Barber to appear before the Court via video conference.

WHEREFORE, undersigned counsel respectfully moves this Honorable Court to Order permitting witness, Dr. Catherine M. Barber, to appear remotely via video conference.

DATED this 21st day of January 2026.

                                  Respectfully submitted,

                                  CHARLES L. PRITCHARD, JR.
                                FEDERAL PUBLIC DEFENDER

                                */s/ Mary Claire Wolf*
                                Mary Claire Wolf, Esq.
                                New Jersey Bar No. 034762009
                                Assistant Federal Defender

        400 North Tampa Street, Ste 2700
        Tampa, Florida 33602
        Telephone: (813) 228-2715
        Fax:  (813) 228-2562
        MaryClaire_Wolf@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of January 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA, Erin Favorit

>*/s/ Mary Claire Wolf*
>Mary Claire Wolf, Esq.
>Assistant Federal Defender