**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

                                            **Case No.: 8:25-CR-38-VMC-AEP**

     **Plaintiff,**        ☐
     **Government**     ☐      ☐ **Evidentiary**
                                          ☐ **Trial**
                                          ☒ **Other**

  **v.**

**SHIMON Y. SOFFER.**
_____ /
     **Defendant**      ☒

**DEFENDANT"S EXHIBIT LIST**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| A | | | | Audio of Client's statement |
| B. | | | | Dr. Barber's report |