UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.  Case No.: 8:25-CR-38-VMC-AEP

**SHIMON Y. SOFFER.**
_____/

## DEFENDANT'S WITNESS LIST

The Defendant, Shimon Y. Soffer, intends to call the following person as witness in the upcoming Suppression hearing on February 2, 2026, of the above-styled cause:

1. Dr. Catherine Barber.

DATED this 29th day of January 2026.

        Respectfully submitted,

        CHARLES L. PRITCHARD, JR.
        FEDERAL PUBLIC DEFENDER

        */s/ Mary Claire Wolf*
        Mary Claire Wolf, Esq.
        New Jersey Bar No. 034762009
        Assistant Federal Defender
        400 North Tampa Street, Ste 2700
        Tampa, Florida 33602
        Telephone: (813) 228-2715
        Fax:     (813) 228-2562
        MaryClaire_Wolf@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA, Erin Favorit

*/s/ Mary Claire Wolf*
Mary Claire Wolf, Esq.
Assistant Federal Defender