UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

            **Case No.: 8:25-CR-38-VMC-AEP**

  **Plaintiff,** ☐
  **Government** ☐ ☐ **Evidentiary**
         ☐ **Trial**
         ☒ **Other**

v.

**SHIMON Y. SOFFER.**
_____ /
  **Defendant** ☒

**DEFENDANT"S AMENDED EXHIBIT LIST**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| A | | | | Audio of Client's statement |
| B. | | | | Dr. Barber's report |
| C. | | | | Dr. Barber's CV |
| D. | | | | DHS Incident Report Arrest of Shimon Soffer 02/05/25 |
| E. | | | | FBI Report 02/26/25 |