# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

### CLERK'S MINUTES

## HONORABLE VIRGINIA M. HERNANDEZ COVINGTON

| | |
|---|---|
| **CASE NO.:** 8:25-cr-38-VMC-AEP | **DATE:** February 2, 2026 |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**SHIMON Y. SOFFER** | **GOVERNMENT'S COUNSEL:**<br>Erin Favorit, AUSA with<br>HSI Special Agent John Lyons<br><br>**DEFENDANT'S COUNSEL:**<br>Mary Claire Wolf, AFPD |
| **COURTROOM:** 14B | **INTERPRETER:** N/A |
| **TIME:** 9:33 A.M. – 10:32 A.M.;<br>      10:52 A.M. – 12:35 P.M.; and<br>      12:41 P.M. –   1:08 P.M. | **TOTAL:** 3 Hours, 9 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | **COURT REPORTER:** Tracey Aurelio |

**PROCEEDING: EVIDENTIARY HEARING**

Court in session.

This matter is before the Court today for a hearing on Defendant's Motion to Suppress Defendant's Statement (Doc. 42).

Counsel and the Defendant are present in the courtroom and identified for the record.

The Rule of Sequestration is invoked.

Government's witness, **HSI Criminal Investigator Willmy Lara**, is called to the stand, sworn, and testifies.

Government's witness, **FBI Special Agent Mary Boothe**, is called to the stand, sworn, and testifies.

Break in the proceedings.

*~Comfort Break~*

The proceedings resume.

Defendant's witness, **Dr. Catherine Barber**, appears *via* Zoom video conference, is sworn, and testifies.

The Court declares Dr. Barber qualified to render an expert opinion in the field of forensic psychology.

The Court inquires.

The Court hears arguments from counsel.

Break in the proceedings.

*~Comfort Break~*

The proceedings resume.

For the reasons articulated on the record, Defendant's Motion to Suppress Defendant's Statement (Doc. 42) is **DENIED**.

AUSA Favorit is directed to file her response in opposition to the Defendant's motion to suppress under seal.

The Defendant orally moves for a continuance of the trial.

For the reasons stated on the record, the motion for a continuance is DENIED.

The case will remain on the Court's March 2026 trial term calendar.

If counsel for the government seeks protection, she must file a motion.

Court adjourned.