UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

                              Case No.: 8:25-CR-38-VMC-AEP

| Plaintiff, | ☐ | |
|---|---|---|
| Government | ☐ | ☐ Evidentiary |
| | | ☐ Trial |
| | | ☒ Other |

v.

**SHIMON Y. SOFFER.**

_____ /

Defendant ☒

**DEFENDANT"S AMENDED EXHIBIT LIST**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| A | 2/26/2026 | 2/26/2026 | _____ | Audio of Client's statement |
| B. | 2/26/2026 | 2/26/2026 | Dr. Barber | Dr. Barber's report |
| C. | 2/26/2026 | 2/26/2026 | Dr. Barber | Dr. Barber's CV |
| D. | 2/26/2026 | _____ | W. Lara | DHS Incident Report Arrest of Shimon Soffer 02/05/25 |
| E. | | | | FBI Report 02/26/25 |