**Catherine M. Barber, Ph.D.**
Clinical & Forensic Psychology
25 S. Haddon Avenue, Unit 496
Haddonfield, New Jersey 08033

---

856.427.6766

## EDUCATION

**Temple University**     College of Arts and Sciences, Philadelphia, PA
Ph.D. in Clinical Psychology, January 1993
M.A. in Clinical Psychology, May 1987

**Cornell University**     College of Arts and Sciences, Ithaca, NY
B.A. in Psychology, May 1984
Meinig Family Cornell National Merit Scholar
Psi Chi (Psychology Honor Society)

## FORENSIC EXPERIENCE

<u>Private Practice of Forensic Psychology, Haddonfield, NJ (1995-present)</u>
**Consultant** to Federal and State Courts and public and private attorneys, providing psychological evaluations and expert testimony in the areas of criminal and civil competency, criminal responsibility, sentencing, violence risk assessment, evaluation of trauma, civil damages, civil rights claims, guardianship, and professional fitness for duty.

<u>U.S. Department of Justice, Federal Bureau of Prisons, Fairton, NJ (1992-1994)</u>
**Chief Psychologist** (1993-1994) at medium security Federal Correctional Institution with pretrial, witness security, and camp units (total population 1200+), responsible for management of all psychological services, including internship training program and residential drug abuse program. Supervised correctional staff training in mental health issues; directed employee assistance program, and conducted fitness for duty evaluations. Consulted to Human Resources in personnel interviews and staff selection. Participated in contract bid reviews and program evaluations. Served as rotating duty officer with weekend and after-hours responsibility for facility operations and incident management. Sustained Superior Performance Award, May 1994.

U.S. Department of Justice, Federal Bureau of Prisons, Fairton, NJ (1991-1992)
**Forensic Psychologist** (1991-1992) evaluating detainees' competency to stand trial and criminal responsibility, and providing expert testimony to Federal Courts throughout the Northeast region. Established local forensic evaluation unit and was selected to serve on Bureau-wide forensic training manual task force. Conducted treatment, crisis intervention, and suicide prevention. Served as mental health expert on hostage negotiation team.
Honor Graduate, Federal Law Enforcement Training Center, Glynco, GA, February 1992.

Juvenile Medium Secure Facilities, Bordentown, NJ (1998-1999)
**Lead Psychologist** at juvenile correctional complex serving the State of New Jersey, with responsibility for all psychological services and programs delivered to 130 male and 30 female adjudicated juveniles. Evaluated new inmates and conducted assessments for sex offender classification committee and State Parole Board. Supervised and trained clinical social workers and provided consultation to institution administration and custody staff.

Public Research Services, Inc., Westchester, PA (1988-1991)
**Research Associate** providing consultation to legal agencies and trial attorneys. Conducted research projects related to attitude formation, group decision-making, and jury selection.

## CLINICAL & SUPERVISORY EXPERIENCE

Independent Practice of Clinical Psychology, Haddonfield, NJ (1995-present)
**Clinical Psychologist** providing individual and conjoint psychotherapy to adult and adolescent outpatients, utilizing empirically-supported methods to treat trauma, depression, anxiety, psychological complications of illness, relationship problems, and other concerns. New Jersey approved clinical supervisor for postdoctoral Ph.D. and Psy.D. candidates for independent licensure.

Beyond Bias, LLC, Wilmington, DE (2020-present)
**Co-founder** of online education company publishing interactive anti-bias training courses, grounded in evidence-based traditional and third wave cognitive behavioral approaches.

Friends Hospital, Philadelphia, PA (2012-2014)
**Supervising Psychologist** responsible for oversight of group and individual treatment and assessment services delivered by clinical psychology predoctoral externs, interns, and postdoctoral fellows at an acute inpatient psychiatric hospital serving adolescent, adult, and geriatric populations. Mentored students in all phases of clinical work and professional development including dissertation committee service; delivered seminars and trainings.

<u>Cooper University Hospital, Camden, NJ (2010-2011)</u>
**Clinical Supervisor** of practicum training program for doctoral candidates in clinical psychology enrolled at the Philadelphia College of Osteopathic Medicine, supervising delivery of therapeutic services to Cooper Hospital Trauma Unit inpatients and their families, and other medical inpatients.

<u>Medical Psychiatric Associates of Delaware Valley, Philadelphia, PA (1994-1995)</u>
**Clinical Psychologist** in hospital-based group psychiatric practice, specializing in behavioral medicine, addictions, psycho-oncology, geriatric psychology, and women's mental health. Evaluated medical rehabilitation inpatients and served as behavioral medicine consultant to Frankford Hospital Cancer Center & Breast Health Program.

<u>Counseling and Rehabilitation, Inc., Philadelphia, PA (1985-1987)</u>
**Rehabilitation Therapist** in Community Skills Program providing one-on-one adaptive skill training and support for clients resuming community living following inpatient traumatic brain injury rehabilitation.


**SELECTED TEACHING & WRITING**

"Trauma Informed Justice: The Role of Screening for Adverse Childhood Experiences in Supporting the Missions of Federal Supervision & Sentencing," presented to United States Courts, Pretrial Services, & Probation, District of New Jersey, 2019.

"Adverse Childhood Experiences, Trauma, & Resiliency: Authenticating Your Life Narrative," presented to federal Pretrial Opportunity Program participants and supervising judges, District of New Jersey, 2019.

"Psychodynamic Treatment Approaches in the Acute Inpatient Setting," presented to Friends Hospital Department of Psychology Internship & Postdoctoral training programs, 2014.

"Civil Competencies in Healthcare," presented to Friends Hospital Department of Psychology Internship & Postdoctoral training programs, 2013.

"Mindfulness Meditation: Applications to the Treatment of Borderline Personality Disorder," presented to Village Counseling Associates, Lawrenceville, NJ, 2004.

"The Jury Consultant in Capital Litigation," presented to the Burlington County Bar Association Criminal Practice Committee, Mount Holly, NJ, 2001.

"The Criminal Lifestyle: Diagnostic and Treatment Considerations in the Substance Abuse Program Setting," presented to Reality House, Inc., Voorhees, NJ, 1999.

"Psychological Treatment of Adult Eating Disorders," Continuing Medical Education seminar presented at Northeastern Hospital, Philadelphia, PA, 1995.

"Psychology in the Hospital Setting: Family Practice and Primary Care," Resident Medical Education seminar presented at Frankford Hospital, Philadelphia, PA, 1995.

"Psychological Treatment of Phobias," Continuing Medical Education seminar presented at Northeastern Hospital, Philadelphia, PA, 1995.

"Women and Addictions," keynote address presented at Crown Cork & Seal, Inc. Employee Health Fair, Philadelphia, PA, 1995.

Barber, C., Landis, R., Denney, R., & Duncan, S. (1995). How to Conduct a Thorough and Professional Forensic Evaluation. U.S. Department of Justice, Federal Bureau of Prisons (internal publication).

Jurors' responses to different versions of diminished capacity and intoxication defenses. Supported by American Psychology-Law Society Grant-in-Aid, awarded January 1991. University Microfilms International, Dissertation Abstracts (1993).

Expert testimony and the impact of psychiatric diagnostic labels on attributions of guilt: a preliminary investigation. Temple University, unpublished Masters thesis (1987).

Temple University, Department of Psychology, Philadelphia, PA (1985-2003)
**Lecturer** (1992-2003) to graduate and undergraduate students in forensic psychology.
**Instructor** (1985-1987) of undergraduate courses in personality theory.

Camden County College, Blackwood, NJ (1997-1998)
**Adjunct Instructor** teaching undergraduate introductory courses in psychology.

## PREDOCTORAL TRAINING

Temple University School of Medicine, Philadelphia, PA (1987-1988)
**Intern** in Medical Psychology Section, Department of Psychiatry. Trained in group and individual inpatient and outpatient therapy, neuropsychological and personality testing, physical medicine and rehabilitation, and medical inpatient consultation.

<u>South Florida Evaluation and Treatment Center, Miami, FL (1986)</u>
**Intern** in Clinical Psychology Department of maximum-security state forensic hospital. Performed psychological testing, psychotherapy, and competency evaluations of residents adjudicated not guilty by reason of insanity and incompetent to stand trial. Trained in evaluating competency, insanity, diminished capacity, and dangerousness.

**LICENSURE & MEMBERSHIPS**

New Jersey Psychologist License No. 35SI00339300
Pennsylvania Psychologist License No. PS-006085-L
American Psychological Association
American Psychology-Law Society
International Association for Correctional & Forensic Psychology

**POSTDOCTORAL CONTINUING EDUCATION (Selected)**

The Law of Competency in Criminal Cases, American Academy of Forensic Psychology

Examinations of Competency to Stand Trial: Foundations in Mental Health Case Law, American Academy of Forensic Psychology

Developments in Violence Risk Assessment, American Academy of Forensic Psychology

Interrogations and Disputed Confessions, American Academy of Forensic Psychology

Law, Psychology, and Death Penalty Litigation, American Academy of Forensic Psychology

Indirect Personality Assessment of the Violent True Believer, Society for Personality Assessment

Rorschach Assessment of Personality Disorders, Society for Personality Assessment

Evaluating Plaintiffs with Personality Disorders, Society for Personality Assessment

Juvenile Justice: Models for Change, CMI Education Institute

Women in Prison: Serious Mental Illness & Trauma, CMI Education Institute

Borderline Personality Disorder & Attachment Theory, CMI Education Institute

Attachment, Attachment Disorders, & Relational Transformation, R. Cassidy Seminars

Accelerated Resolution Therapy for Trauma, CMI Education Institute

Mindfulness, Trauma & Process Addictions, Ben Franklin Institute Summit

Neuroscience and Physiology of Trauma, CMI Education Institute

Trauma, PTSD, and Traumatic Grief, CMI Education Institute

Substance-Induced Psychosis, CMI Education Institute

Ethics in the Forensic Assessment of Complex Trauma, CMI Education Institute

Ethical Assessment and Treatment of PTSD Resulting from Terrorism and Other Traumas, Healthcare Training Institute

Ethical Treatment of Life-Endangering Patients, Professional Resource Exchange, Inc.

Ethical Principles in the Practice of PA Mental Health Professionals, CMI Education Institute

Ethical Supervision, Philadelphia College of Osteopathic Medicine Dept. of Psychology

Essential Ethics Information for Mental Health Professionals, CMI Education Institute