UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:25-cr-00038-VMC-AEP

SHIMON SOFFER

**UNITED STATES'** ***UNOPPOSED*** **MOTION FOR PROTECTION**

The United States of America respectfully asks this Court for protection from trial in the above-captioned case from March 16, 2026, through March 20, 2026. The grounds for this motion are stated below:

1. The above listed case is currently set on this Honorable Court's trial calendar for the March 2026 trial term.

2. The undersigned has pre-planned out-of-state leave scheduled from March 13, 2026, through March 20, 2026. This leave coincides with the undersigned minor child's Spring Break from school, and therefore respectfully asks for protection from trial during that time.

3. The parties believe this case will be resolved without a jury trial.

4. Defense counsel for Mr. Soffer has no objection to this motion.

1

Wherefore, the United States requests protection from trial from March 16, 2026, through March 20, 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: *s/ Erin Claire Favorit*
Erin Claire Favorit
Assistant United States Attorney
Fla. Bar No. 104887
United States Attorney's Office
Middle District of Florida
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Tel: (813) 274-6322
Fax: (813) 274-6187
E-mail: erin.favorit@usdoj.gov

United States v. Soffer                                Case No. 8:8-25-CR-00038-VMC-AEP

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Mary Claire Wolf, Esq.

    */s/ Erin Claire Favorit*
    Erin Claire Favorit
    Assistant United States Attorney
    Fla. Bar No. 104887
    United States Attorney's Office
    Middle District of Florida
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602
    Tel: (813) 274-6322
    Fax: (813) 274-6187
    E-mail: erin.favorit@usdoj.gov