

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## MARCH 2026 TRIAL TERM CALENDAR

The following cases are set for trial during the **MARCH 2026 TRIAL TERM**. The Trial Term will include the five-week period of March 2, 9, 16, 23, and 30, 2026. The cases are listed in the order in which they are intended to be tried -- although experience indicates that, for various reasons, cases may be called out of sequence. The names and phone numbers of all trial counsel, as well as any pro se litigants, are furnished so that the parties may keep themselves informed of the progress of the cases listed.

Counsel, as well as any *pro se* party, is reminded to advise the Court promptly of any development subsequent to the entry of this Order that would in any way affect the trial of a case. Settlements of civil jury trials announced to the Court any later than 12:00 noon on the Friday preceding the first day of trial may result in the imposition of juror costs.

**NOTE**: Photo IDs are required for entrance into the federal courthouse. Electronic devices are prohibited beyond the courthouse's security checkpoint. However, any Assistant United States Attorney, Assistant Federal Public Defender, law enforcement officer on official business, and attorney permitted to practice law in the Middle District of Florida may bring an electronic device beyond the courthouse's security checkpoint by presenting valid agency identification, a Florida Bar identification card, or *pro hac vice* order.

**CRIMINAL TRIALS:**

Ten calendar days prior to the beginning of the trial term, proposed jury instructions and verdict forms shall be filed with the Clerk of Court and served on opposing counsel. Failure to comply with this deadline may result in the imposition of sanctions, including the denial as untimely of any submissions later made. In addition, please email a courtesy copy of your jury instructions and verdict form, and a redacted copy of the Indictment, if appropriate, in Word format to Chambers at: **chambers_flmd_covington@flmd.uscourts.gov**.

**Exhibit and witness lists shall be filed electronically with the Clerk of Court by the Friday before jury selection. Parties are directed to furnish three copies of each to the Courtroom Deputy Clerk before jury selection.** All exhibits are to be pre-marked in accordance with M.D. Fla. Rule 3.07.

**NOTE: GUILTY PLEAS SHOULD BE HELD BEFORE THE MAGISTRATE JUDGE ON OR BEFORE WEDNESDAY, FEBRUARY 25, 2026.** Contact the assigned Magistrate Judge's Courtroom Deputy Clerk to be placed on the Magistrate Judge's calendar for a change of plea. Counsel for defendants on bond is charged with the responsibility of notifying the defendants when the case is called for trial and that their presence is required. Counsel shall notify the Court if an interpreter is required.

**CIVIL TRIALS:**

The parties shall follow the procedures and deadlines set forth in the operative Case Management and Scheduling Order. Counsel is advised that the deadlines for filing exhibit lists, witness lists, jury instructions, and verdict forms in a civil action are different than those set forth above, which apply strictly to criminal actions.



**JUDGE COVINGTON'S MARCH 2026 TRIAL TERM CALENDAR**

**(TRIAL TERM BEGINS: MARCH 2, 2026)**

_____

**CASE NO. 1**

**8:24-cr-00484-VMC-LSG**                          **JURY TRIAL (ELT: 3 DAYS)**

**UNITED STATES OF AMERICA**                          **ERIN FAVORIT**
                                                                      **813-274-6259**

**v.**

**JOHNNY D-LANE HAMMONDS (2)**                          **SAMUEL LANDES**
                                                                      **813-228-2715**

_____

**CASE NO. 2**

**8:24-cr-00486-VMC-NHA**                          **JURY TRIAL (ELT: 3-4 DAYS)**

**UNITED STATES OF AMERICA**                          **SAMANTHA NEWMAN**
                                                                      **813-274-6000**

**v.**

**JUSTIN ALAN SEYMOUR (1)**                          **DOUGLAS STAMM**
                                                                      **813-228-2715**

*(Defendant is protected from trial from March 16, 2026 through March 20, 2026)*
_____

**CASE NO. 3**

**8:24-cr-00507-VMC-NHA**                          **JURY TRIAL (ELT: 4 DAYS)**

**UNITED STATES OF AMERICA**                          **ADAM MCCALL**
                                                                      **813-274-6000**

                                                                      **YARA DODIN**
                                                                      **813-951-8967**

**v.**

**ANTONIO CARLOS LAGREERA (1)**                          **DOUGLAS STAMM**
                                                                      **813-228-2715**

**KENDRIC CHARLES DANIELS (2)**                          **DARLENE BARROR**
                                                                      **813-877-6970**

_____

**CASE NO. 4**

**8:24-cv-02777-VMC-LSG**                    **JURY TRIAL (ELT: 3 DAYS)**

**ANDREW BROWN, ET AL.**                          **NICHOLAS THOMPSON**
                                                              **612-293-5249**
**v.**

**CSX TRANSPORTATION INC.**                        **THOMAS CHIAVETTA**
                                                              **202-879-3975**

_____

**CASE NO. 5**

**8:25-cr-00038-VMC-AEP**                    **JURY TRIAL (ELT: 5 DAYS)**

**UNITED STATES OF AMERICA**                              **ERIN FAVORIT**
                                                              **813-274-6259**
**v.**

**SHIMON Y. SOFFER (1)**                        **MARY CLAIRE WOLF**
                                                              **856-266-2525**

*(A guilty plea is scheduled for February 25, 2026)*
_____

**CASE NO. 6**

**8:25-cr-00258-VMC-CPT**                    **JURY TRIAL (ELT: 3 DAYS)**

**UNITED STATES OF AMERICA**                          **LINDSEY SCHMIDT**
                                                              **813-274-6067**
**v.**

**WASSEEM NADEEM ALQASMY (1)**                        **YAMILETTE ALVAREZ**
                                                              **813-228-2715**

_____

**CASE NO. 7**

**8:25-cr-00324-VMC-NHA**                    **JURY TRIAL (ELT: 3 DAYS)**

**UNITED STATES OF AMERICA**                      **MERRILYN HOENEMEYER**
                                                              **813-274-6000**
**v.**

**RAFAEL SANCHEZ-GARCIA (1)**                          **LAURA HASTAY**
                                                              **813-228-2715**
*(A guilty plea is scheduled for February 23, 2026)*
_____

**CASE NO. 8**

**8:25-cr-00358-VMC-CPT**                                    **JURY TRIAL (3 DAYS)**

**UNITED STATES OF AMERICA**                           **JEFFREY CHANG**
                                                                        **813-274-6059**

**v.**

**ESAI PASTRANA CRUZ (1)**                              **STEPHEN CONSUEGRA**
                                                                        **813-228-2715**

*(A guilty plea is scheduled for February 19, 2026)*

_____

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, on this 17th day of February 2026.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

# EXHIBIT LIST



**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

_____,          **Case No.:**

      **Plaintiff,**      □

      **Government,** □

                              □ **Evidentiary**

**v.**                                 □ **Trial**

_____,            □ **Other**

      **Defendant.** □

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**EXHIBIT LIST – Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |