UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.                                                                  Case No.: 8:25-CR-38-VMC-AEP

**SHIMON Y. SOFFER.**
_____/

### DEFENDANT'S REQUEST DEFENDANT TO APPEAR VIA ZOOM AT PLEA HEARING

COMES NOW, defendant, Shimon Y. Soffer, by and through undersigned counsel, and respectfully requests this Court to permit Mr. Shimon Soffer, to enter remotely via videoconference. The government is not opposed to this request. As grounds in support thereof, undersigned counsel states as follows:

1. On February 5, 2025, Mr. Soffer was arrested and appeared before the District Court in New Jersey on a one-count indictment charging Mr. Soffer and five other co-conspirators with one count of mail fraud conspiracy in violation of 18 U.S.C. §1349. The Federal Public Defender was appointed, Mr. Soffer posted bond and was released under supervised release with Pretrial Services. Docs. 1, 6-8, 12.

2. This matter is set for March 2026 trial term commencing on March 2,

2026.Doc. 47.

3. Mr. Soffer seeks to conduct his change of plea hearing as soon as possible, so that he gets full credit for acceptance of responsibility and does not face a higher-than-necessary advisory sentencing guideline. An open plea before Honorable Magistrate Anthony E. Porcelli has therefore been set on February 25, 2026. Doc. 68.

4. Undersigned counsel has discussed the right to be physically present for a change of plea hearing in the above-styled case with Mr. Soffer, and he would like to waive that right and proceed via videoconference. In addition, Mr. Soffer resides in New Jersey and traveled to Florida on February 2, 2026, to attend a hearing and would like not to have to travel again this month because of the financial burden.

5. Defense, therefore, hereby respectfully requests the Court allow Mr. Soffer to appear before the Court via video conference.

WHEREFORE, undersigned counsel respectfully moves this Honorable Court to Order permitting defendant, Mr. Soffer, to appear and enter a plea remotely via video conference.

DATED this 18th day of February 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.

                                        FEDERAL PUBLIC DEFENDER

                                        */s/ Mary Claire Wolf*
                                        Mary Claire Wolf, Esq.
                                        New Jersey Bar No. 034762009
                                        Assistant Federal Defender
                                        400 North Tampa Street, Ste 2700
                                        Tampa, Florida 33602
                                        Telephone: (813) 228-2715
                                        Fax:  (813) 228-2562
                                        MaryClaire_Wolf@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of February 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA, Erin Favorit

*/s/ Mary Claire Wolf*
Mary Claire Wolf, Esq.
Assistant Federal Defender