UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO. | 8:25-cr-38-VMC-AEP | DATE: | February 25, 2026 |
|---|---|---|---|
| **HONORABLE ELIZABETH A. JENKINS** | | INTERPRETER: | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHIMON Y. SOFFER | | LANGUAGE: | |
| | | GOVERNMENT COUNSEL<br>Erin Favorit AUSA | |
| | | DEFENSE COUNSEL<br>MaryClaire Wolf AFPD | |
| COURT REPORTER: Digital | | DEPUTY CLERK: | Lynne Vito |
| TIME: 2:31 to 3:16 | TOTAL: 45 min | PROBATION: | |
| | | COURTROOM: | 10A |

**PROCEEDINGS:**   **GUILTY PLEA PROCEEDINGS –**

DEFENDANT SWORN.   **NOTICE OF ESSENTIAL ELEMENTS, FILED.**

Factual basis established. ==Amend the factual basis -- the defendant's portion of the scheme is approximately $1.5 million==

Plea of guilty entered as to COUNT ONE OF THE INDICTMENT.

Adjudication of guilt **deferred**.

Referred to probation for pre-sentence investigation.

Sentencing scheduled for: to be determined.

**DEFENDANT REMAINS ON BOND**