UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:25-cr-38-VMC-AEP

SHIMON Y. SOFFER

---

### Consent to Institute a Presentence Investigation and Disclose the Report Before Conviction or Plea of Guilty

I, **SHIMON Y. SOFFER**, hereby consent to a presentence investigation by the probation officers of the United States District Courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to my attorney and me, so that the judge may consider it in deciding whether to accept a plea agreement that I may have reached with the government.

I have read, or had read to me, the foregoing consent and fully understand it.

Dated: February 25, 2026

_____
Defendant

Dated: February 25, 2026

_____
Defense Counsel