**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                        **Case No.: 8:25-Cr-38-VMC-AEP**

**SHIMON Y. SOFFER**

_____/

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

The Office of the Federal Public Defender has been appointed by the Court to

represent the Defendant, Shimon Y. Soffer, in the above-styled cause. The Clerk is

requested to enter the appearance of Regine Etienne, Assistant Federal Defender, as

counsel for the Defendant, and to withdraw the name of Mary Clair Wolf, Assistant

Federal Defender, as notice counsel for the Defendant.

Respectfully submitted this 10th day of March 2026,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

_/s/ Regine Etienne_
Regine Etienne, Esq.
Assistant Federal Public Defender
Florida Bar No. 123537
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: regine_etienne@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 10th day of March 2026, a true copy of the

foregoing was filed with the Clerk of the Court using the CM/ECF system, which

will send a notice of the electronic filing to:

Erin Favorit, AUSA

*/s/ Regine Etienne*
Regine Etienne, Esq.
Assistant Federal Public Defender
